IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
| v. | : | |
| STEVEN ALLEN SCHWARTZ | : | NO. 03-35-1 |

---

| STEVEN ALLEN SCHWARTZ | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | |
| UNITED STATES OF AMERICA | : | NO. 11-2867 |

ORDER

AND NOW, this 20th day of February, 2013, upon consideration of pro se petitioner Steven Schwartz's motion pursuant to 28 U.S.C. § 2255 (docket entry # 422), the Government's response in opposition thereto (docket entry # 428), and in accordance with the accompanying Memorandum, it is hereby ORDERED that:

1. Schwartz's motion pursuant to 28 U.S.C. § 2255 (docket entry # 422) is DENIED without the need for a hearing;

2. Schwartz's request for leave to amend his motion is DENIED;

3. We DECLINE to issue a certificate of appealability; and

4. The Clerk of Court shall CLOSE C.A. No. 11-2867 statistically.

BY THE COURT:

/s/ Stewart Dalzell, J.